## EXHIBIT E
## DEFENDANTS' EXHIBIT LIST

Case Name: *Moriconi v. Travis Koester*  Case No. 011-cv-03022-SEM-TSH

Page 1 of 1

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| 1. | Policies & Procedures of Sangamon County: Chapters 21 Use of Force and Chapter 22, Use of Less Than Deadly Force | X | X | |
| 2. | Deposition transcript of Dr. Michael Murphy of Capitol Community Center | X 3/9/15 | X | |
| 3. | Springfield Police Department Incident Report | X | X | |
| 4. | Sangamon County Police Department Incident Report | X | X | |
| 5. | Booking Card and Probable Cause Statement of Paul Moriconi for Incident Number 2009-00021956 | X | X | |
| 6. | Case Report of Travis Koester for Incident Number 2009-00021956 | X | X | |
| 7. | Case Report of Jesse Budd for Incident Number 2009-00021956 | X | X | |
| 8. | Case Report of Brad Tweryon for Incident Number 2009-00029156 | X | X | |
| 9. | Detail Call For Service Report 7/29/09 | X | X | |
| 10. | Certified Record of Felony Conviction of Plaintiff, Sangamon County Case No. 2009-CF-000770 | | | X |

The parties reserve the right to call any witness listed by the other party, any witness needed for rebuttal, the custodian of any record, and any witness needed to lay the foundation for any exhibit.

\* Deposition was read into evidence, but not admitted

# EXHIBIT D
## PLAINTIFF'S EXHIBIT LIST

Case Name: *Moriconi v. Travis Koester*   Case No. 11-cv-03022-SEM-TSH

Page 1 of 1

| No. | Description | Admit Without Objection | Authentication Waived | Objection |
|---|---|---|---|---|
| ~~1.~~ | ~~Photograph of Plaintiff's chest~~ | | | X |
| 2. | Deposition transcript of Dr. Robert Russell | X 3/9/15 | | |

\* Deposition was read into evid., but not admitted