## Verdict Form B

We, the jury find for the Defendant, Travis Koester and against Paul Moriconi.

s/ Foreman

*Foreman*

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror

s/ Juror



**FILED**

MAR 10 2015

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS