Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Paul F. Moriconi, | ) ) ) |
| Plaintiff, | |
| vs. | ) Case Number: 11-3022 |
| Neil Williamson, Travis Koester, Brad Tweryon, and Sangamon County, | ) ) ) |
| Defendants. | |

### JUDGMENT IN A CIVIL CASE

☒ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** pursuant to the jury verdict rendered on 3/10/2015, judgment is entered in favor of Defendant Travis Koester and against Plaintiff Paul F. Moriconi.

   10/5/2011 – Pursuant to Text Order entered by Judge Tom Schanzle-Haskins and Opinion entered by Judge Sue E. Myerscough, Defendant Neil Williamson is terminated.-----------------

   2/26/2014 – Pursuant to the Text Order entered by Judge Sue E. Myerscough, Plaintiff's claims against Defendant Brad Tweryon are dismissed with prejudice.------------------------------

   1/16/2015 – Pursuant to the Minute Entry of 1/16/2015 before Judge Tom Schanzle-Haskins, Defendant Sangamon County dismissed with prejudice.-----------------------

**Dated: 3/11/2015**

s/ Kenneth A. Wells<br>
Kenneth A. Wells<br>
Clerk, U.S. District Court