UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK

KENNETH A. WELLS
CLERK OF COURT

TEL: 217.492.4020
FAX: 217.492.4028

RECORD TRANSMITTAL LETTER

December 1, 2015

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals for the Seventh Circuit
219 South Dearborn Street
Room 2722
Chicago, IL  60604

RE: Moriconi v Williamson et a
U.S.D.C. Docket No.: 11-3022
U.S.C.A. Docket No.: 15-2175

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

| | |
|---|---|
| Five (5) | Volume of Pleadings<br>[ X  electronic via e-mail, or ___CD Rom via UPS] |
| Two (2) | Volume of Transcripts<br>[ X  electronic via e-mail, or ___CD Rom via UPS] |
| One (1) | Volume of Sealed Documents<br>[ X  electronic via e-mail, or ___CD Rom via UPS] |
| | Volume of Exhibits<br>[ ___electronic via e-mail, or ___ CD Rom via UPS]<br>(see attached highlighted exhibit list for exhibits sent to USCA via UPS) |

Please acknowledge receipt of the above mentioned materials.

Very truly yours,

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT

Peoria Division
100 N.E. Monroe St.
Room 309
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
211 19th St.
Room 203
Rock Island, IL 61201
309.793.5778

I, KENNETH A. WELLS, Clerk of the United States District Court for the Central District of Illinois, do hereby certify the following to be the true and complete record of the original proceedings filed in my office in the matter of:

RE: Moriconi v Williamson et a
U.S.D.C. Docket No.: 11-3022
U.S.C.A. Docket No.: 15-2175

IN TESTIMONY WHEREOF, I have

hereunto subscribed my name

and affixed the seal of the aforesaid

court at Springfield, Illinois

this 1st day of December, 2015

KENNETH A. WELLS
CLERK U.S. DISTRICT COURT