# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 12, 2016

| Before: | FRANK H. EASTERBROOK, Circuit Judge |
| | DANIEL A. MANION, Circuit Judge |
| | DIANE S. SYKES, Circuit Judge |

| No. 15-2175 | PAUL F. MORICONI,<br>Plaintiff - Appellant<br><br>v.<br><br>TRAVIS KOESTER,<br>Defendant - Appellee |

| **Originating Case Information:** |
| District Court No: 3:11-cv-03022-TSH<br>Central District of Illinois<br>Magistrate Judge Thomas P. Schanzle-Haskins |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalJudgment**(form ID: **132**)